# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-1288
L.T. Case No. 2012-CF-011582-A

_____

COREY Q. BRIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Corey Q. Bright, Madison, pro se.

James Uthmeier, Attorney General, and Virginia Chester Harris,
Assistant Attorney General, Tallahassee, for Appellee.

February 25, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____